IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM D. WILSON, ADMINISTRATOR OF THE ESTATE OF WILLIAM D. WILSON, III<br>    Plaintiff,<br><br>v.<br><br>HUEY HOSS MACK, SHERIFF OF BALDWIN CTY., *et al.*,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION 1:23-00207-KD-N<br>)<br>)<br>)<br>) |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 40) made under 28 U.S.C. § 636(b)(1) and S.D. Ala. GenLR 72(c) and dated February 15, 2024, is **ADOPTED** as the opinion of the Court. Accordingly, it is **ORDERED** that:

1) Sheriff Mack's motion to dismiss is **GRANTED in part** as to Counts I, II and V, and these claims against him are **DISMISSED** with prejudice;

2) QCHC's motion to dismiss is **GRANTED in part** as to Counts I and II, and these claims against QCHC are **DISMISSED** with prejudice;

3) As to Counts III and IV, the Court:
-**DENIES in part** Sheriff Mack and QCHC's motions to dismiss without prejudice;
-**DECLINES** to exercise supplemental jurisdiction over these claims; and
-**REMANDS** these claims to the Circuit Court of Baldwin County, Alabama; and

4) Plaintiff's motion for leave to issue a non-party subpoena (Doc. 20) and QCHC's motion for entry of a HIPAA protective order (Doc. 35) are **DENIED** as **MOOT.**

**DONE** and **ORDERED** this the **6th** day of **March 2024.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**