# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM D. WILSON, ADMINISTRATOR OF THE ESTATE OF WILLIAM D. WILSON, III<br>　　Plaintiff, | )<br>)<br>)<br>)<br>) |
| v. | ) CIVIL ACTION 1:23-00207-KD-N |
| HUEY HOSS MACK, SHERIFF OF BALDWIN CTY., *et al.*,<br>　　Defendants. | )<br>)<br>)<br>) |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1) Sheriff Mack's motion to dismiss is **GRANTED in part** as to Counts I, II and V, and these claims against him are **DISMISSED** with prejudice;

2) QCHC's motion to dismiss is **GRANTED in part** as to Counts I and II, and these claims against QCHC are **DISMISSED** with prejudice;

3) As to Counts III and IV, the Court:
-**DENIES in part** Sheriff Mack and QCHC's motions to dismiss without prejudice;
-**DECLINES** to exercise supplemental jurisdiction over these claims; and
-**REMANDS** these claims to the Circuit Court of Baldwin County, Alabama; and

4) Plaintiff's motion for leave to issue a non-party subpoena (Doc. 20) and QCHC's motion for entry of a HIPAA protective order (Doc. 35) are **DENIED** as **MOOT.**

**DONE** and **ORDERED** this the **6th** day of **March 2024.**

　　　　　　　　　　　　　　　　　　/s/ Kristi K. DuBose
　　　　　　　　　　　　　　　　　　**KRISTI K. DuBOSE**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**